UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:     __19-10161__
GRACE R. CHIMENTO                                   Chapter:      ____7____
                                                    Judge:        John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __March 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in 6 Tempesta Terrace, West Caldwell, NJ 07006

Market Value is $635,000.00

Liens on property: Subject to first mortgage held by Specialized Loan Servicing on which there is due approximately $706,000.00 and a second mortgage to PNC Bank on which there is due approximately $149,000.00.

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name:       John W. Sywilok Chapter 7 Trustee    /s/John W. Sywilok
Address:    51 Main Street, Hackensack, New Jersey 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Grace R Chimento
    Debtor

Case No. 19-10161-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Feb 08, 2019
                       Form ID: pdf905    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
```
db             +Grace R Chimento,    6 Tempesta Terrace,    West Caldwell, NJ 07006-6934
517952118      +Ema Recovery,    1 Harmon Meadow Bl,    Secaucus, NJ 07094-3600
517952119      +Faloni & Associates, LLC,    165 Passaic Ave.,    Suite 301B,    Fairfield, NJ 07004-3592
517952122      +Group D Capital Partners 1 LLC,    c/o  PELLEGRINO & FELDSTEIN, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
517968448      +Mattleman Weinroth & Miller, P.C.,    401 Rt. 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
517952126      +Neptune Issue, Inc.,    527 James Street,    Morristown, NJ 07960-6395
517968452     ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
                (address filed with court:   PNC Bank,     500 First Ave.,    Pittsburgh, PA 15219)
517968449      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517968451      +PNC Bank,    Mail Stop P5 PCLC 02 R,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
517968450       PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
517968454      +Palmer Properties, LLC,    c/o Maty Sue Henifin, Esq.,    BUCHANAN INGERSOLL ROONEY PC,
                 700 Alexander Park - Suite 300,    Princeton, NJ 08540-6351
517952127      +Parker McKay,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
517952128      +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
517968453     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,     Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
517952129      +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
517952130      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
517952131      +Toms River Municipal Court,    255 Oak Avenue,    Toms River, NJ 08753-3383
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:36:50
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517952117      +E-mail/Text: ally@ebn.phinsolutions.com Feb 09 2019 00:39:13      Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
517952120      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:37:56      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
517952121      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:37:56      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
517952123       E-mail/Text: cio.bncmail@irs.gov Feb 09 2019 00:39:52      Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
517952125      +E-mail/Text: bncnotices@becket-lee.com Feb 09 2019 00:39:33      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517954694      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:37:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517952124*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: pdf905            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John   Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC rsolarz@kmllawgroup.com
          Scott D. Sherman    on behalf of Debtor Grace R Chimento ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```