**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Grace R Chimento<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2109<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10161–JKS | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Grace R Chimento

<u>4/5/19</u>                                                       **By the court:**   <u>John K. Sherwood</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Grace R Chimento  
    Debtor

Case No. 19-10161-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 05, 2019  
                         Form ID: 318     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db             +Grace R Chimento,    6 Tempesta Terrace,    West Caldwell, NJ 07006-6934
517952118      +Ema Recovery,    1 Harmon Meadow Bl,    Secaucus, NJ 07094-3600
517952119      +Faloni & Associates, LLC,    165 Passaic Ave.,    Suite 301B,    Fairfield, NJ 07004-3592
517952122      +Group D Capital Partners 1 LLC,    c/o  PELLEGRINO & FELDSTEIN, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
517968448      +Mattleman Weinroth & Miller, P.C.,    401 Rt. 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
517952126      +Neptune Issue, Inc.,    527 James Street,    Morristown, NJ 07960-6395
517968452     ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
                 (address filed with court:   PNC Bank,     500 First Ave.,    Pittsburgh, PA 15219)
517968449      +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
517968451      +PNC Bank,    Mail Stop P5 PCLC 02 R,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
517968450       PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
517968454      +Palmer Properties, LLC,    c/o Maty Sue Henifin, Esq.,    BUCHANAN INGERSOLL ROONEY PC,
                 700 Alexander Park - Suite 300,    Princeton, NJ 08540-6351
517952127      +Parker McKay,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
517952128      +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
517968453     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
517952130      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
517952131      +Toms River Municipal Court,    255 Oak Avenue,    Toms River, NJ 08753-3383
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Apr 06 2019 02:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517952117      +EDI: GMACFS.COM Apr 06 2019 02:48:00      Ally Financial,    P O Box 380901,
                 Bloomington, MN 55438-0901
517952120      +EDI: RMSC.COM Apr 06 2019 02:48:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
517952121      +EDI: RMSC.COM Apr 06 2019 02:48:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
517952123       EDI: IRS.COM Apr 06 2019 02:48:00      Internal Revenue Service,    955 S. Springfield Ave.,
                 Springfield, NJ 07081
517952125      +EDI: CBSKOHLS.COM Apr 06 2019 02:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517952125      +E-mail/Text: bncnotices@becket-lee.com Apr 05 2019 23:33:27     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517952129      +EDI: SEARS.COM Apr 06 2019 02:48:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
517954694      +EDI: RMSC.COM Apr 06 2019 02:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517952124*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                                         Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John   Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC rsolarz@kmllawgroup.com
          Scott D. Sherman    on behalf of Debtor Grace R Chimento ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```